JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NONI W.B.,[1] <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAI, Acting Commissioner of Social Security, <br><br> Defendant. | Case No. 5:20-cv-01917-PD <br><br> **JUDGMENT** |

In accordance with the Order Affirming Decision of Administrative Law Judge filed herewith, IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is affirmed and this action is dismissed with prejudice.

DATED: April 05, 2022

*Patricia Donahue*
HON. PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff's name is partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.